```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

JONATHAN JEFFERY ANDERSON,         *

       Plaintiff               *

vs.                                *
                                                     CASE NO. 3:11-CV-126 (CDL)
Officer BRADLEY, et al.,           *

       Defendants              *

## ORDER ON RECOMMENDATION

     This matter is before the Court pursuant to a Recommendation of the United States Magistrate Judge entered on November 15, 2011. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.  As noted in the Magistrate Judge's Order, the Complaint shall be served upon Defendant Bradley.

     IT IS SO ORDERED, this 23rd day of December, 2011.


                                          s/Clay D. Land
                                          CLAY D. LAND
                                          UNITED STATES DISTRICT JUDGE