```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

JONATHAN JEFFERY ANDERSON,     *

      Plaintiff               *

vs.                            *

                                 CASE NO. 3:11-CV-126 (CDL)

Officer BRADLEY                *

      Defendant               *

ORDER ON RECOMMENDATION

    This matter is before the Court pursuant to a Recommendation filed by the United States Magistrate Judge on January 29, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge to the extent that he recommends dismissal of this action based upon Plaintiff's failure to exhaust his administrative remedies. Accordingly, Plaintiff's complaint is dismissed. In light of this dismissal of Plaintiff's Complaint, Defendant's motion for summary judgment is moot.

    IT IS SO ORDERED, this 19th day of February, 2013.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE